BY BATTERY WAS A LESSER INCLUDED OFFENSE TO ABUSIVE SEXUAL CONTACT AND SEXUAL ASSAULT.

Briefs will be filed under Rule 25.

No. 15–0289/AF. U.S. v. Roy A. Bowser. CCA 2014–08. On consideration of the motions filed by Captain Kelly J. Adams, Special Victims' Counsel, Air Force Legal Operations Agency, for leave to participate as Amicus Curiae, for leave to submit a corrected brief on behalf of Amicus Curiae, and for leave to file a corrected motion for leave to participate as Amicus Curiae, and Appellee's motion in support of Amicus Curiae, it is ordered that said motions are hereby granted.

No. 15–0294/AR. U.S. v. Christopher S. Schloff. CCA 20140708. On consideration of the motions filed by Captain Vietlong T. Nguyen, Special Victim Counsel, for leave to file an Amicus brief, to participate in the hearings, and to appear pro hac vice, it is ordered that said motions for leave to file an Amicus brief and to appear pro hac vice are hereby granted, and said motion to participate in the hearing is hereby denied.

No. 15–0361/MC. U.S. v. Matthew Hoffmann. CCA 201400067. On consideration of Appellant's third motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted, up to and including March 24, 2015, and no further extension of time will be granted in this case.

No. 15–0395/AR. U.S. v. Jefferey M. Fiorito. CCA 20080535. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to April 2, 2015.

No. 15–0398/AR. U.S. v. Maurice McCormick, Jr. CCA 20120029. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to April 2, 2015.

No. 15–0423/AR. U.S. v. Todd H.F. Knight. CCA 20121152. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 8, 2015.